IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

FILED BY ___ D.C.
MAR 30 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

John A. French Jr
Plaintiff,

-vs-

CASE NO: ______________

Scott Israel, Armor Correctional Health Services, Dr. Stephen Kotzen, Dr John Martin, D.O. Stanley Frankowitz, F. Intriago, Lina Herran, Joshua Nash, RN DuPaul, RN Santill, RN Esner Benoit, RN Dias, EMT Nicholas Waddler, RN Vasko, RN Eugene
Defendant's

---

Civil Right Action Complaint Pursuant
to Title 42 U.S.C ¶1983, and Title 28 U.S.C ¶1915(G)
with Jury Demand

---

Comes now plaintiff, John A. French Jr, pro-se, and for his cause of action against the above-named defendant's hereby alleges as follows that:

STATEMENT OF THE DISTRICT COURT"S JURISDICTION

1. This cause of action is being instituted by plaintiff French pursuant to Title 42 U.S.C Section 1983 (Deprivation of Civil Rights), (2) Title U.S.C Section 1988 (when applicable statutory attorney fee's and cost's), and (3) the Eighth Amendment to the United States Constitution of America. Jurisdiction is founded upon the above constitution, and statutory provisions and, Also included pursuant to (1) Title 28 U.S.C Section 1331 (Federal Question), (2) Title 28 U.S.C Section 1343 (Civil Rights). Furthermore, plaintiff French asserts that the amount in controversy exceeds the jurisdictional amount of $75,000.00

## STATEMENT ON EXHAUSTION OF ADMINISTRATIVE REMEDIES

2. Plaintiff French hereby confirms compliance with Title 42 U.S.C 1997(e), and the institution complaint review system by filing informal grievances, offender complaints, and appeals set forth below.

3. Further, as plaintiff French is seeking monetary damages, declaratory judgement, and injunctive relief from the defendant's. he has exhausted all available administrative remedies, (1) by submitting an Informal grievance on October 14, 2017 at 11:54 A. to defendant Nash for investigation (**SEE EXHIBIT 1**), and (2) Appealing the decision of the grievances to the appropriate department and the ultimate decision of the grievance officer, and the determination by defendant Scott Israel, and defendant F. Intriago from Armor Correctional Health Services.

4. Plaintiff French has exhausted his available Administrative remedies by (1) filing Offender Grievance on October 14, 2017 alleging that Plaintiff French Informed medical staff about his medical conditions on seizures, and being placed on the top tier and the top bunk on August 16, 2017 with the result of having a grandma seizure, the informal grieance was denied because of cost consideration and deliberate indifference in the disregard to plaintiff Frenchs health. Moreover Plaintiff French sought appellate review of the denial on October 17, 2017 to defendant Nash, which on October 26, 2017 the grievance appeal,was unfounded **(SEEEXHIBIT 1).**

5. Plaintiff French has filed another offender grievance on December 13, 2017 at 12:30 pm complaining about severe abdominal pain, and previous lung cancer, and divectickalytits, and about defendant Kotzen stating that we may need to pull out your pendix **(SEE EXHIBIT 2).** On december 20, 2017 pl intiff French appealed the grievance from the denial of defendant Joshua Nash.

## STATEMENT OF THE PARTIES

6. The plaintiff, John A. French #501035, is a citizen of the

United States of America, and the State of Wisconsin. At all times material to this causeof action, plaintiff French was confined as a prisoner committed to the custody, care, and control of the Broward County Jail ("CJ), located at 555 SE 1st Ave. Fort Lauderdale Florida, 33301 **(SEE EXHIBIT 3).**

## THE DENDANTS

7. The defendant, Scott Israel, is a citizen of the United States of America, and the State of Florida. At all times material to this cause of action. Defendant Israel was employed as the Sheriff for Broward County Jail, located at 555 SE 1st Ave, FT. Lauderdale Florida 33301. As such, defendant Israel was acting under the color of law of the united States of America, and the State of Florida within the course and scope of his employment with respect to specific matters herein alleged and attributable to him. Defendant Isreal is being sued in his official and individual capacity.

8. The defendant, Armor Correctional Health Services is a corporation in the State of Florida, located at 4960 SW 72nd St 400 Miami, Fl 33155 **(SEE EXHIBIT 4).** At all times material to this cause of action, defendant Armor Correctional Health Services was contracted by the County of Broward County to provide health services at Broward County Jail, located at 555 SE 1st Ave, Ft. Lauderdale, FL 33301. As such, defendant Armor Correctional was acting under the color of law of the State of Florida within the course and scope of there contract with respect to specific matters herein alleged and attributable to them. Defendant Armor Correctional Health Services are being sued in there official and individual capacity.

9. The defendant, Dr Stephen Kotzen, is a citizen of the United States of America, and the State of Florida. At all times material to this cause of action, defendant Kotzen was employed by Armor Correctional Health Services to work at Broward County Jail as a physician, located at 555 SE 1st Ave. Ft. Lauderdale, Fl 33301. As such, defendant Kotzen was acting under the color of law of the state of Florida within the course and scope of his employment

with respect to specific matters herein alleged and attributable to him. Defendant Dr Cotzen is being sued in his official and individual capacity.

10. The defendant, John Martin, is a citizen of the United States of America, and the State of Florida. As such, defendant Martin is material to this cause of action, defendant Martin was employed by Armor Correctional Health Services to work at Broward County Jail as a physician located at 555 SE 1st Ave Ft. Lauderdale, Fl 33301. As such, defendant martin was acting under the color of law of the State of Florida within the course and scope of his employment with respect to specific matters herein alleged and attributable to him. Defendant Martin is being sued in his official and individual capacity.

11. The defendant, Stanley Frankowitz, is a citizen of the United States of America, and the State of Florida, At all times material to this cause of action. Defendant Frankowitz was employed by Armor Correctional to work at Broward County Jail a a Orthopedic Doctor located at 555 SE 1st Ave Ft. Lauderdale, FL 33301. As such, defendant Frankowitz was acting underthe color of law of the State of Florida within the course and scope of his employment with respect to specific matters herein alleged and attributable to him. Defendant Frankowitz is being sued in his official and individual capacity.

12. The defendant, F. Intriago, is a citizen of the United States of America and the State of Florida. At all times material to this cause of action, defendant Intriago was employed by Armor Correctional to work at Broward County Jail as a health Administrator located at 555 SE 1st Ave. FT. Lauderdale, FL 33301. As such, defendant Intriago was acting under the color of law of the State of Florida within the course and scope of her employment with respect to specific matters herein alleged and attributable to her. Defendant F. Intriago is being sued in her official and individual capacity.

13. The defendant, Lina Herren, is a citizen of the United States of America and the State of Florida. At all times material 5to

this cause of action, defendant Herron was acting under the employment of Armor Correctional to work at Broward County Jail as a Health Administrator located at 555 SE 1st Ave, FT. Lauderdale FL 33301. As such , defendant Herron was acting under the color of the law of the State of Florida within the course and scope of her employment with respect to specific matters herein alleged and attributable to her. Defendant Herron is being sued in her official and individual capacity.

14. The defendant, Joshua Nash, is a citizen of the United States of America and the State of Florida. At all times material to this cause of action. As such defendant Nash was employed by Armor Correctional to work at Broward County Jail as a Assistant Health Administrator, located at 555 SE 1st Ave FT. Lauderdale, FL 33301. As such, defendant Nash was acting under the color of law of the State of Florida within the course and scope of his employment with respect to specific matters herein alleged and attributable to him. defendant Nash is being sued in his official and individual capacity.

15. The defendant, DuPaul, is a citizen of the United States of America and the State of Florida. At all times material to this cause of action, defendant DuPaul was employed by Armor Correctional to work at Broward County Jail as a registered nurse located at 555 S[illegible] 1st Ave, FT. Lauderdale, FL 33301. As such, defendant DuPaul was acting under the color of law of the State of Florida within the course and scope of his employment with respect to specific matters herein alleged and attributable to him. Defendant [illegible] Dupaul is being sued in his official and individual capacity.

16. The defendant, R Santill, is a citizen of the United States of America and the State of Florida. At all times material to this cause of action, defendant Santill was employed by Armor Correctional to work at Broward County Jail as a registered nurse located at 555 SE 1st Ave FT. Lauderdale, FL 33301. As such, defendant Santill was acting under the color of law of the State of Florida within the course and scope of her employment with respect to specific matters herein alleged and attributable to her. Defendant [illegible] Santill is being sued in her official and individual capacity.

17. The Defendant [illegible] Benoit, is a citizen of the United States of America, and the State of Florida. At all times material to this cause of action, Defendant Benoit was employed by Armor Correctional to work at Broward County Jail as a registered nurse located at 555 SE 1st Ave Ft. Lauderdale, FL 33301. As such, Defendant Benoit was acting under the color of law of the State of Florida within the course and scope of her employment with respect to specific matters herein alleged and attributable to her. Defendant Benoit is being sued in her official and individual capacity.

18. The Defendant, [illegible] Dias is a citizen of the United States of America. Defendant Dias was employed by Armor Correctional to work at Broward County Jail as a registered nurse, located at 555 SE 1st Ave, Ft. Lauderdale, FL 33301. As such, Defendant Dias was acting under the colors of law of the State of Florida within the course and scope of her employment with respect to specific matters herein alleged and attributable to her. Defendant Dias is being sued in her official and individualcapacity.

19. The Defendant, [illegible] Nicholas Sandler, is a citizen of the United States of America, and the State of Florida. At all times material to this cause of action, Defendant Sandler was employed by Armor Correctional to work at Broward County Jail as a CNA located at 555 SE 1st Ave, Ft. Lauderdale, FL 33301. As such, Defendant Sandler was acting under the color of law of the State of Florida within the course and scope of his employment with respect to specific matters herein alleged and attributable to him. Defendant Sandler is being sued in his official and individual capacity.

20. The Defendant, [illegible] Vasko is a citizen of the United States of America and the State of Florida. At all times material to this cause of action, Defendant Vasko was employed by Armor Correctional to work at Broward County Jail as a Registered Charge Nurse located at 555 SE 1st Ave, Ft. Lauderdale, FL 33301. As such, Defendant Vasko wase acting under the color of law of the State of Florida within the course and scope of his employment with respect to specific matters herein alleged and attributable to him. Defendant Vask is being sued in his official and individual capacity.

21. The Defendant, Ru Eugene, is a citizen of the United States of America, and the State of Florida. At all times material to this cause of action, Defendant Eugene was employed by Armor Correctional to work at Broward County Jail as a Registered Charge Nurse located at 555 SE 1st Ave, Ft. Lauderdale, FL 33301. As such, Defendant Eugene was acting under the color of law of the State of Florida, within the course and scope of her employment with respect to specific matters herein alleged and attributable to her. Defendant Eugene is being sued in her official and individual capacity.

## STATEMENT OF THE FACTS

### COUNT ONE
### DIRECTED TO DEFENDANT WADDLER

22. On August 15, 2017, plaintiff French was picked up from Stanley Correctional Inst in Stanley, WI by US Marshall Service and transported to Broward County Jail located at 555 SE 1st Ave Ft. Lauderdale FL 33301 for a final disposition on case no(s) [illegible], [illegible], [illegible] (SEE EXHIBIT 5Ø.

23. Plaintiff French hereby contends and thereon alleges that in correlation with paragraph 22, upon plaintiff French arrival at Broward County Jail, his current medical conditions and medication list was sent by the medical staff from Stanley Correctional Inst.

24. Plaintiff French hereby contends and thereon alleges that in correlation with paragraph 23, upon arrival Defendant Waddler did an assessment, and went over the current medical conditions and the medication list. Plaintiff French's current medical condition showed Seizures, DVT's, COPD, Heart Condition, CHF, Diabetes, and Crohn's Disease with PE Blood Clots. Current medications were Topamax, Gabapentin, and Dilantin which was for my seizures, along with other medications for Diabetes, CHF, Heart Condition, and PE Blood Clots.

25. Plaintiff French hereby contends and thereon alleges that in corr-

lation with paragraph 2[illegible], plaintiff French was moved from the main holding area to Main-3D on August 1[illegible], 2017 (SEE EXHIBIT 6 LN 1), then moved to Main-4D at [illegible] pm (SEE EXHIBIT 6 LINE 2).

26. Plaintiff French hereby contends and thereon alleges that in correlation with paragraph 25, that when the plaintiff was moved to Main-4D, the official placed him on the top tier and the top bunk, On August 1[illegible], 2017 around 1[illegible]:[illegible] pm, plaintiff French was getting off the top bunk to use the restroom when he went into a grand-mal seizure, and fell flat on his face.

27. Plaintiff French hereby contends and thereon alleges that in correlation with paragraph 26, when plaintiff French fell off the top bunk flat on his face, he went unconscious, and broke 5 five places on the right side of the face, broke the left wrist, and shattered the left jaw. Plaintiff French's cell-mate went and told the Deputy on duty that I had a seizure and fell off the top bunk, the Deputy called an emergency over the radio, Defendant DuPaul and Defendant [illegible] responded to Main-4D ( Plaintiff French's Cell)

COUNT ONE

DIRECTED TO DEFENDANT RN DUPAUL

28. Plaintiff French hereby contends and thereon alleges that on August 1[illegible], 2017 1[illegible]:1[illegible] pm (SEE EXHIBIT 6 LINE 3), defendant DuPaul arrived on Main-4D and did an assessment on Plaintiff French.

29. Plaintiff French hereby contends and thereon alleges that in correlation with paragraph 28, Defendant DuPaul and Defendant [illegible] transported plaintiff French to the Health Service Unit, when the Plaintiff arrived at HSU vital's was taken, the face and the wrist was looked at due to the swelling, and the severe pain. I was sent to the infirmary with no X-RAY's, and no pain medication. My face was black, and blue, right swollen shut, and black, the left wrist was swollen and purple with no movement for [illegible] days.

30. Plaintiff French hereby contends and thereon alleges that in correlation with paragraph 29, Plaintiff French continued to [illegible] on August 1[illegible], 2017 he finally seen Defendant [illegible] and a X-RAY was performed (SEE EXHIBIT 6 LN 4), then plaintiff French was sent

Continued-

back to the infirmary at [illegible] am with no medication for the pain or seizures.

COUNT ONE

DIRECTED TO DEFENDANT KOTZEN

31. Plaintiff French hereby contends and thereon alleges that on August [illegible], 2017, plaintiff French was seen by Defendant Dr. Kotzen, this was after plaintiff French complained about being in so much pain, finally after all the complaining Defendant Kotzen sent Plaintiff French to Broward General Hospital.

32. Plaintiff French hereby contends and thereon alleges that in correlation with paragraph 31, Plaintiff French was seen by the ER Doctor, an X-RAY was ordered for the left wrist, and a CT scan for the face and head. The test results of the X-Ray showed that there were broken bones in the left wrist, and the results from the CT Scan showed that there were (5) Five places on the right side of the face broken, and that the left jaw was shattered, and would need surgery.

33. Plaintiff French hereby contends and thereon alleges that in correlation with paragraph 32, plaintiff French states that the Orthopedic surgeon placed a sugar splint on the left wrist and stated that in 5 days when the swelling goes down that a full cast would need to be placed on the wrist. Plaintiff French wore the sugar splint for 12 weeks, and to this day still has problems with the left wrist.

34. Plaintiff French hereby contends and thereon alleges that in correlation with paragraph 33, plaintiff French states when the face surgeon came to the [illegible], the surgeon stated that I would need surgery on the left jaw, Defendant Kotzen denied the surgery on the left jaw, just to hold down the costs, so there would be a bigger bonus at the end of the year from Defendant Armor Correctional Health Services.

COUNT ONE

DIRECTED TO DEFENDANT MARTIN

35. Plaintiff French hereby contends and thereon alleges that on August

22, 2017, plaintiff French wasn't sent back to Broward County Jail **(SEE EXHIBIT 6 Lines 5 & 6),** with a prescription for Vicodin for pain and a antibiotic for infection for 10 days.

36. Plaintiff French hereby contends and thereon alleges that in correlation with paragraph 35, when plaintiff French arrived back at ("BCJ") Defendant Martin stated to the Nurse that plaintiff French will not get Vicodin and then prescribed the plaintiff Tylenol #3 for [illegible] days, but no antibiotic medication, I was then placed on Main-3rd Med-Floor ("Infirmary") for [illegible] to 10 months, for the cost and more serious medical problems.

COUNT TWO

DIRECTED TO DEFENDANT DUPAUL

37. Plaintiff French hereby contends and thereon alleges that on August 23, 2017 around 7:00 PM medication pass was called, Defendant DuPaul was passing the medication out for the inmates in the infirmary.

38. Plaintiff French hereby contends and thereon alleges that in correlation with paragraph 37, plaintiff French was called to the medication cart to recieve his medication. Plaintiff French stated that he would like the pain medication (Tylenol #3), Defendant DuPaul looked at Deputy Aycart, and stated I do not think plaintiff French needs pain medication when he already looks high from the medication from the Hospital.

COUNT TWO

DIRECTED TO DEFENDANT KOTZEN

39. Plaintiff French hereby and contends that on August 23, 2017 plaintiff French was called for a Dr's appointment with defendant Kotzen, plaintiff French's vital's was taken, and his blood pressure was very high, Defendant Kotzen states well it looks like you took a nasty fall and did alot of damage to yourself.

40. Plaintiff French hereby contends and thereon alleges that in correlation with paragraph 39, plaintiff French states that he was

Sent back to the Infirmary with no other pain Medication, nor was the blood pressure medication raised to a higher dosage.

41. Plaintiff French hereby Contends and thereon allege that in Correlation with paragraph 40, on August 29, 2017 plaintiff French kept complaining about the half cast, And that a full cast needs to be put on the left wrist, plaintiff French wore the half sugar splint for 12 wks. Plaintiff French was never taken back to an orthopedic Surgeon.

42. Plaintiff French hereby Contends and thereon allege that in Correlation with paragraph 41, Plaintiff French Submitted Several HSR's stating that he was supposed to have Jaw surgery, defendant Kotzen, defendant Nash, And Defendant Herran, ignored all of the Requests And Informal grievances, just to hold down Costs Considerations so there was a bigger bonus by defendant Armor Correctional.

COUNT ONE

Directed to Defendant Frankowitz

43. Plaintiff French hereby Contends and thereon allege that on October 20, 2017 8:34 AM (See Exhibit 7 line 5) had an X-Ray of his left wrist, After plaintiff wore the Sugar splint for 12 wks,

44. Plaintiff French hereby Contends and thereon allege that in Correlation with paragraph 43, defendant Frankowitz removed the Sugar splint after 12 wks, Plaintiff French still has

LEGAL 651935

Severe pain in the left wrist, with very little movement of the left wrist without Pain.

Count ONE
Directed to Defendant Santill

45. Plaintiff French hereby Contends and thereon allege that on December 13, 2017, plaintiff French informed Deputy Aycart, And defendant Santill that he was experiencing Severe Cardiac chest pains. (see Exhibit 8)

46. Plaintiff French hereby Contends and thereon allege that in Correlation with paragraph 45, defendant Santill Checked his blood pressure, And was going to give plaintiff French Nitro, defendant Eugene, And defendant Vasko said they was going to perform An EKG, to sit at the table.

47. Plaintiff French hereby Contends and thereon allege that in Correlation with paragraph 46, defendant Santill stated they was not going to perform an EKG because they looked at a previous Echo, And it looked normal.

Count ONE
Directed to Defendant Vasko

48. Plaintiff French hereby Contends and thereon allege that on December 13, 2017, plaintiff French Informed Deputy Aycart that he was experiencing Severe Cardiac Chest Pains, deputy Aycart informed defendant Vasko

LEGAL 651935

49. Plaintiff French hereby Contends and thereon allege that in Correlation with paragraph 48, defendant VAsko stated they was going to perform an EKG, but defendant Kotzen looked at a previous Echo And stated it looked normal, Echo And EKG two totally different Tests. Plaintiff French informed defendant vasko, And defendant Eugene that he has had 4 heart Attacks with 7 stents, And last heart Attack June 18, 2017 in Wisconsin (See Exhibit 8 Line 1)

Count ONE
Directed to Defendant Dias

50, Plaintiff French hereby contends and thereon Allege that on March 10, 2018 8:59 PM, submitted a grievance stating not recieving medication from defendant Dias (See Exhibit 9 Line 1)

51. Plaintiff French hereby contends and thereon allege that in Correlation with paragraph 50, plaintiff French stated that defendant Dias work Bravo shift on 4C2 and has not given the plaintiff his mentel Health Medication for 6 days, And plaintiff French has submitted several sick call slips, but All WAS ignored.

Count ONE
Directed to Defendant Benoit

 LEGAL 651935

52. Plaintiff French hereby Contends and thereon allege that on February 14, 2018, plaintiff French came out of his cell to use the phone, when plaintiff French came out of his cell, plaintiff fell flat on his back, because of a puddle of water, Deputy notified defendant Benoit about the fall

53. Plaintiff French hereby Contends and thereon allege that in Correlation with paragraph 52, defendant Benoit came around to do medication pass, And assessed my problem, after the falling in the puddle of water, defendant Benoit gave me Motrin and Tylenol at the same time, which I was taking Asprin 325 mg and another blood thinner taking the medications together Could harm the liver, And the kidneys.

Count Three
Directed to Defendant Kotzen

54. Plaintiff French hereby Contends and thereon allege that on February 16, 2018, plaintiff French was brought to MJ clinic to see defendant Kotzen about the Fall that happen in 4C2 this was at 4:13 pm. (see Exhibit 10-1)

56 Plaintiff French hereby Contends and thereon allege that in Correlation with paragraph 54, defendant ordered a MRI and the MRI was performed on March 1, 2018, defendant Kotzen never prescribed anymore pain medication, Tylenol and Motrin was still given to plaintiff French, after

LEGAL 651935

defendant Kotzen was informed that the two medications can't be mixed with blood thinners. (See Exhibit 10 In #2)

56. Plaintiff French hereby Contends and thereon allege that in Correlation with paragraph 55, the test Results from the MRI showed damages to the left side of the neck with muscles being tight, no other pain medication or a muscle Relaxer for the InJury.

STATEMENT OF LEGAL CLAIMS

57. Plaintiff French re-alleges and incorporates by reference paragraphs 1-56

58. Plaintiff French hereby Contends and thereon allege that on May 31, 2018 plaintiff French was transfered back to Stanley Correctional, upon Arrival plaintiff was assessed and was informed of All the injuries Sustained while being at Broward County Jail, And with the defendant Armor Correctional being control of his health. On July 2, 2018 plaintiff French was rushed to Sacred Heart Hospital from Stanley Correctional with Severe Cardiac chest Pains, nauseated, with shooting pains up the left JAw, down left Arm, Tropin Levels 1.75 which showed that I had an Accute MI Heart Attack, And two Stents was placed inside my "RCA". If the defendant's would have taken me to the hospital, they would have known that I needed 2 Stents, And I would not

LEGAL 651935

have had An Accute MI heart Attack. As a direct and proximate result of All the defendant's, Plaintiff French Suffered and Continues to Suffer physical and Psychological harm, pain and Suffering Some or all of which may be permanent, and may cause his ultimate death.

59. The deliberate indifference to medical needs Violated Plaintiff French rights and Constituted cruel and unusual punishment under the Eighth Amendment to the United States Constitution.

60. Plaintiff John French has no plain adequate or Complete remedy of law to redress the wrongs described herein. Plaintiff French has been and will Continue to be irreparably injured by the Conduct of the defendant's

## Prayer For RELIEF

Wherefore, Plaintiff French hereby Prays for Judgement against the above-named defendant's and each of them Jointly and Severally As Follows:

61. Finding the defendant's actions and inactions resulted in the denial of Medical treatment and Care to Plaintiff French's Seizure disorder and Heart Condition in Contravention of the Eighth Amendment to the united States Constitution of America against a ban on cruel and unusual

LEGAL 651935

62. Award monetory damages, including but not limited to Compensatory damages in the amount of $150,000.00 against each defendant Jointly and Severally.

63. Award Substantial punitive damages in the amount of $ 150,000.00 against each defendant for their Callous and wanton disregard to his 8th Amendment right to recieve adequate medical treatment.

64. Award all applicable pre-judgement and post-Judgement interests against the defendant's.

65. Award Attorney Fee's and Costs when applicable associated with this lawsuit against; and,

66. Award such other and further relief as the Court may deem Just and equitable.

A Trial By Jury on all Issues So Triable is hereby Requested By Plaintiff French

Dated this 24th day of March, 2020

Respectfully Submitted,

John French #651935
Columbia Correctional Inst
Po Box 900
Portage, WI 53901

LEGAL 651935

# VERIFICATION

I have read the foregoing Complaint and hereby Verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those I believe them to be true. I, John French plaintiff Certify under Penalty of perjury under the laws of the United States of America that the foregoing is true and Correct Pursuant to Title 28 U.S.C § 1946

Executed at Portage, WI 53901 on March 24, 2020

John A. French #651935

# REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FILING FEE

I, John A. French do request that I be Allowed to file this Complaint without paying the filing fee. I have Completed a request to proceed in the District Court without prepaying the fee's (See Attached to this Complaint)

LEGAL 651935

UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Florida

John A. French
Full name of plaintiff(s)

v. Case No.__________
(Provided by the clerk of court)

Scott Israel et Al.,
Full name of defendant(s)

## PRISONER REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

**I. Personal Information**

1) Your name: John A. French

(a) State the place of your incarceration and provide your prisoner identification number:
Columbia Correctional Inst
Po Box 900, Portage, WI 53901 (place) 651935 (number)

(b) Are you employed at the institution? ☐Yes ☒No

(c) Do you receive any payment from the institution? ☐Yes ☒No

**Attach a printout of your prison trust account statement showing transactions for the six-month period immediately preceding the filing of this request and showing the current balance of your account.**

2) Do you have any dependents that you are responsible for supporting?

☒ Yes ☐ No

If "yes," list them below.

| Name or initials (for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| Brooklyn French | daughter | 16 | $ 50.00 |
| Joshua French | Son | 13 | $ 50.00 |
| | | | $ |

**II. Property or Assets:** - If you are married, your answers must ***include your spouse's property.***

1 ) Do you own a car?

☐ Yes ☒ No If "yes," list the car(s) below:

| Make and Model | Year | Approximate Current Value |
|---|---|---|
| | | $ |
| | | $ |

2) Do you own your home(s)? ☐ Yes ☒ No

If "Yes," state the approximate value(s). $ N/A

What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)? $ N/A

3) Do you have any cash or checking, savings, or other similar accounts?
☐ Yes ☒ No

If "Yes," state the total of such sums. $ N/A

4) Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork, or jewelry?

☐ Yes ☒ No

If "Yes," describe the property and the approximate value(s).

N/A

## III. Litigation History

For each federal lawsuit that you recall having filed, list as much of the following information that you remember about each case: The name of the case (that is, the plaintiffs and the defendants), the case number or year of filing, and the federal district in which you filed the case. Use more paper if needed.

| Case Name (Plaintiffs and defendants) | Case number (or year of filing) | Federal district |
|---|---|---|
| French v. Richardson | 19CV503 | Western of Wisconsin |
| French v. Carr et Al | 19CV932 | Western of Wisconsin |
| | | |
| | | |
| | | |

**IV.** __**Other Circumstances**__ - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

I have fines, Costs, And Restitution

I, John French, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the full filing fee and that I am entitled to the relief sought in the complaint.

3/24/2020
Date

[signature]
**Signature - Signed Under Penalty of Perjury**

Completed event at 04/27/2018 11:33

**April 27 2018 MED - MJMDC2 7087517 04/27/2018 15:30 22:30 04/27/2018 18:00 04/27/2018 18:01 MAIN-5C MJ CLINIC AREA**

Checked out of MAIN-5C on the way to MJ CLINIC AREA at 04/27/2018 18:00

Checked into MJ CLINIC AREA at 04/27/2018 18:00

Completed event at 04/27/2018 18:01

**May 07 2018 PSYC - MJMH 7078712 05/07/2018 09:00 09:30 05/07/2018 10:03 05/07/2018 10:04 MAIN-5C 4TH FLOOR**

Checked out of MAIN-5C on the way to 4TH FLOOR at 05/07/2018 10:03

Checked into 4TH FLOOR at 05/07/2018 10:03

Completed event at 05/07/2018 10:04

**May 08 2018 HOUS - SCHED 7169083 05/08/2018 00:30 01:30 05/08/2018 23:29 05/08/2018 23:29 MAIN-5C MAIN-5C-[redacted]**

Checked out of MAIN-5C on the way to MAIN-5C-[redacted] at 05/08/2018 23:29

Checked into MAIN-5C-[redacted] at 05/08/2018 23:29

Completed event at 05/08/2018 23:29

**May 11 2018 MED - MJMDC2 7087529 05/11/2018 15:30 22:30 05/11/2018 16:08 05/11/2018 16:20 MAIN-5C MJ CLINIC AREA**

Checked out of MAIN-5C on the way to MJ CLINIC AREA at 05/11/2018 16:08

Checked into MJ CLINIC AREA at 05/11/2018 16:08

Completed event at 05/11/2018 16:20

**May 18 2018 MED - MJMDC2 7087535 05/18/2018 15:30 22:30 05/18/2018 17:31 05/18/2018 19:02 MAIN-5C MJ CLINIC AREA**

Checked out of MAIN-5C on the way to MJ CLINIC AREA at 05/18/2018 17:31

Checked into MJ CLINIC AREA at 05/18/2018 17:31

Completed event at 05/18/2018 19:02

**May 21 2018 LBWK - MJLAB 7175832 05/21/2018 09:30 10:30 05/21/2018 10:50 05/21/2018 11:58 MAIN-5C MJ LAB**

Checked out of MAIN-5C on the way to MJ LAB at 05/21/2018 10:50

Checked into MJ LAB at 05/21/2018 10:50

Completed event at 05/21/2018 11:58

**May 25 2018 MED - MJMDC2 7087541 05/25/2018 15:30 22:30 05/25/2018 18:12 05/25/2018 19:40 MAIN-5C MJ CLINIC AREA**

Checked out of MAIN-5C on the way to MJ CLINIC AREA at 05/25/2018 18:12

Checked into MJ CLINIC AREA at 05/25/2018 18:12

Completed event at 05/25/2018 19:40

**May 30 2018 XRAY - MJXRAY 7103799 05/30/2018 08:00 12:00 05/30/2018 08:04 05/30/2018 08:27 MAIN-5C XRAY**

Checked out of MAIN-5C on the way to XRAY at 05/30/2018 08:04

Checked into XRAY at 05/30/2018 08:04

Completed event at 05/30/2018 08:27

**May 31 2018 REL - RELEAS 7183951 05/31/2018 08:28 09:28 05/31/2018 12:30 n/a MAIN-5C**

Checked out of MAIN-5C on the way to at 05/31/2018 12:30

Checked into at 05/31/2018 12:30

Exhibit 11

Completed event at 01/18/2018 11:47

**January 30 2018 PSYC - MJMH 7078657 01/30/2018 09:00 09:30 01/30/2018 09:47 01/30/2018 09:49 MAIN-4C 4TH FLOOR**

Checked out of MAIN-4C on the way to 4TH FLOOR at 01/30/2018 09:47

Checked into 4TH FLOOR at 01/30/2018 09:47

Completed event at 01/30/2018 09:49

**January 30 2018 MED - MJMDC2 7087442 01/30/2018 15:30 22:30 01/30/2018 16:48 01/30/2018 17:10 MAIN-4C MJ CLINIC AREA**

Checked out of MAIN-4C on the way to MJ CLINIC AREA at 01/30/2018 16:48

Checked into MJ CLINIC AREA at 01/30/2018 16:48

Completed event at 01/30/2018 17:10

**January 31 2018 XRAY - MJXRAY 6823730 01/31/2018 08:00 12:00 01/31/2018 08:07 01/31/2018 08:22 MAIN-4C XRAY**

Checked out of MAIN-4C on the way to XRAY at 01/31/2018 08:07

Checked into XRAY at 01/31/2018 08:07

Completed event at 01/31/2018 08:22

**February 01 2018 LBWK - MJLAB 7100440 02/01/2018 09:30 10:30 02/01/2018 08:51 02/01/2018 09:34 MAIN-4C MJ LAB**

Checked out of MAIN-4C on the way to MJ LAB at 02/01/2018 08:51

Checked into MJ LAB at 02/01/2018 08:51

Completed event at 02/01/2018 09:34

**February 05 2018 INTV - MJINTR 7103967 02/05/2018 08:30 12:00 02/05/2018 10:41 02/05/2018 11:48 MAIN-4C VISIT**

Checked out of MAIN-4C on the way to VISIT at 02/05/2018 10:41

Checked into VISIT at 02/05/2018 10:41

Completed event at 02/05/2018 11:48

**February 06 2018 PSYC - MJMH 7078142 02/06/2018 07:00 07:30 02/06/2018 08:47 02/06/2018 09:25 MAIN-4C 4TH FLOOR**

Checked out of MAIN-4C on the way to 4TH FLOOR at 02/06/2018 08:47

Checked into 4TH FLOOR at 02/06/2018 08:47

Completed event at 02/06/2018 09:25

**February 13 2018 LBWK - MJLAB 7109649 02/13/2018 09:30 10:30 02/13/2018 11:29 02/13/2018 11:36 MAIN-4C MJ LAB**

Checked out of MAIN-4C on the way to MJ LAB at 02/13/2018 11:29

Checked into MJ LAB at 02/13/2018 11:29

Completed event at 02/13/2018 11:36

**February 16 2018 MED - MJMDC2 7087457 02/16/2018 15:30 22:30 02/16/2018 16:13 02/16/2018 17:29 MAIN-4C MJ CLINIC AREA**

Checked out of MAIN-4C on the way to MJ CLINIC AREA at 02/16/2018 16:13

Checked into MJ CLINIC AREA at 02/16/2018 16:13

Completed event at 02/16/2018 17:29

**March 01 2018 CGE - R6900 7121473 03/01/2018 10:00 10:30 03/01/2018 09:29 03/01/2018 12:30 MAIN-4C MAIN HOLDING**

Checked out of MAIN-4C on the way to MAIN HOLDING at 03/01/2018 09:29

Checked into MAIN HOLDING at 03/01/2018 09:29

Completed event at 03/01/2018 12:30

**March 02 2018 LBWK - MJLAB 7121695 03/02/2018 09:30 10:30 03/02/2018 10:32 03/02/2018 11:02 MAIN-4C MJ LAB**

Checked out of MAIN-4C on the way to MJ LAB at 03/02/2018 10:32

Checked into MJ LAB at 03/02/2018 10:32

Completed event at 03/02/2018 11:02

**March 05 2018 MED - MJMDC2 7087471 03/05/2018 15:30 22:30 03/05/2018 16:00 03/05/2018 16:52 MAIN-4C MJ CLINIC AREA**

Checked out of MAIN-4C on the way to MJ CLINIC AREA at 03/05/2018 16:00

Checked into MJ CLINIC AREA at 03/05/2018 16:00

Completed event at 03/05/2018 16:52

**March 12 2018 PSYC - MJMH 7078166 03/12/2018 07:00 07:30 03/12/2018 10:41 03/12/2018 11:35 MAIN-4C 4TH FLOOR**

Checked out of MAIN-4C on the way to 4TH FLOOR at 03/12/2018 10:41

Exhibit 10

Case #: 979975
Inmate: FRENCH, JOHN
Recipient: Admin Grievance, Admin Grievance
Cellblock:
Case Cellblock: MAIN-4C-2-5-1

ID: 501703205
Created: 3/10/2018 8:58 PM

Type: Grievance
Category: Medical / Dental
Sub-Catgory: Not Receiving Medication
Status: Closed, Unfounded

| From | To | Message | Entered |
| --- | --- | --- | --- |
| FRENCH, JOHN | Admin Grievance, Admin Grievance | i am on mental health medication one medication is atterax 100mg daily and depacoat 250mg 2x daily nurse dais that works 4c2 on bravo shift has not given me my atterax for 5 to 6 days i keep asking this nurse about my medication and all she tells me she does not have this medicine, there is sometimes i do not even get my depacoat on bravo shift i have wrote previous nurse sick call slips to speak to mental health and i have not spoken to anyone about that i been getting worse on my mental health problems i need to see a dr and get my meds and diff meds i have contacted attorney cloney today and contacting my family tomorrow and my attorney on 3-12-18 and the ombundsman line | 3/10/2018 8:59:00 PM |
| CCN #17545 | FRENCH, JOHN | Sir, Per Medical, "A review of your Medication Administration Records affirmed compliance with medications. You were evaluated by Mental Health on 03/12/18. New treatment plan was prescribed on this date. The grievance is unfounded. J. Nash, HSA. " | 3/20/2018 12:36:00 PM |
| System Admin | FRENCH, JOHN | Case closed by System due to no reply by inmate. | 3/30/2018 10:26:00 PM |

Line 1

Exhibit 9

Case #: 944427

Inmate: FRENCH, JOHN
Recipient: Admin Grievance, Admin Grievance
Cellblock:
Case Cellblock: MAIN-4C-3-15-1

ID: 501703205
Created: 12/14/2017 9:38 AM

Type: Grievance
Category: Medical / Dental
Sub-Catgory: Inadequate Treatment
Status: Closed, Unfounded

| From | To | Message | Entered |
|---|---|---|---|
| FRENCH, JOHN<br><br>line 1 | Admin Grievance, Admin Grievance | on dec 13, 2017 around 7.30 pm i told deputy aycart that i had chest pains he went and told the charge nurse eugene and charge nurse vasko they sent nurse andrew out he had nitro and he checked my blood pressure he did not give me any nitro he went to talk the dr the nurse andrew said they was going to do an ekg told me to sit at the table and wait when he came back he said they was not going to do the ekg because they looked at my echo and it looked normal so basically there was nothing wrong with me but i have had 4 heart attacks and i have 7 stents my last heart attack was june 18, 2017 in wisconsin if the medical team would get all my records they would know everything then on 12-14-2017 around 8.45 am i told the nurse that i was having severe lower abdominal pain and i was throwing up all night and she basiclly said since the dr cleared me yesterday there is nothing wrong with me i am contacting my lawyer to get a court order from my judge for medical treatment if you dont help | 12/14/2017 9:38:00 AM |
| ARONOFSKY, RICHARD<br><br>line 2 | FRENCH, JOHN | Per Armor Medical,"The nurse has been educated regarding your insulin administration. The grievance is founded. J. Nash, HSA. " "The Nurse consulted with the provider who reviewed your diagnostic labwork, and evaluated you on the same day at 1050 hours. You have been evaluated for your abdominal issues. If you require assistance, please inform your floor nurse to complete a sick call. The grievance is founded. J. Nash, HSA. " | 1/31/2018 12:05:00 PM |
| ARONOFSKY, RICHARD | FRENCH, JOHN | Answered. Closed. No further action requested. | 2/7/2018 9:00:00 AM |

Exhibit 8

Checked into MAIN HOLDING at 09/22/2017 08:03

Completed event at 09/22/2017 11:20

**September 28 2017 CCE - R6900 7013162 09/28/2017 08:30 09:00 09/28/2017 08:18 09/28/2017 08:19 MAIN-3 BRIDGE HOLDING**

Checked out of MAIN-3 on the way to MAIN HOLDING at 09/28/2017 08:18

Checked into MAIN HOLDING at 09/28/2017 08:18

Checked out of MAIN HOLDING on the way to BRIDGE HOLDING at 09/28/2017 08:19

Checked into BRIDGE HOLDING at 09/28/2017 08:19

Completed event at 09/28/2017 10:26

**September 29 2017 XRAY - MJXRAY 6823677 09/29/2017 08:00 12:00 09/29/2017 08:12 09/29/2017 08:24 MAIN-3 XRAY**

Checked out of MAIN-3 on the way to XRAY at 09/29/2017 08:12

Checked into XRAY at 09/29/2017 08:12

Completed event at 09/29/2017 08:24

**October 10 2017 XRAY - MJXRAY 6828497 10/10/2017 12:30 15:30 10/10/2017 13:12 10/10/2017 13:12 MAIN-3 XRAY**

Checked out of MAIN-3 on the way to XRAY at 10/10/2017 13:12

Checked into XRAY at 10/10/2017 13:12

Completed event at 10/10/2017 13:12

**October 18 2017 OPTM - EYE 7026453 10/18/2017 09:30 12:30 10/18/2017 11:01 10/18/2017 11:27 MAIN-3 BMJ**

Checked out of MAIN-3 on the way to BMJ at 10/18/2017 11:01

Checked into BMJ at 10/18/2017 11:01

Completed event at 10/18/2017 11:27

**[redacted]6 10/20/2017 08:00 12:00 10/20/2017 08:34 10/20/2017 09:39 MAIN-3 XRAY**

Checked out of MAIN-3 on the way to XRAY at 10/20/2017 08:34

Checked into XRAY at 10/20/2017 08:34

Completed event at 10/20/2017 09:39

**October 31 2017 DENT - MJ DTL 6620416 10/31/2017 07:30 16:30 10/31/2017 10:00 10/31/2017 10:00 MAIN-3 MAIN J DENTAL CLINIC**

Checked out of MAIN-3 on the way to MAIN J DENTAL CLINIC at 10/31/2017 10:00

Checked into MAIN J DENTAL CLINIC at 10/31/2017 10:00

Completed event at 10/31/2017 10:00

**November 01 2017 CCE - R6900 7037685 11/01/2017 08:30 09:00 11/01/2017 08:26 11/01/2017 11:15 MAIN-3 MAIN HOLDING**

Checked out of MAIN-3 on the way to MAIN HOLDING at 11/01/2017 08:26

Checked into MAIN HOLDING at 11/01/2017 08:26

Completed event at 11/01/2017 11:15

**November 14 2017 CCE - R4155 7046293 11/14/2017 14:30 15:00 11/14/2017 12:39 11/14/2017 14:39 MAIN-3 MAIN HOLDING**

Checked out of MAIN-3 on the way to MAIN HOLDING at 11/14/2017 12:39

Checked into MAIN HOLDING at 11/14/2017 12:39

Completed event at 11/14/2017 14:39

**November 15 2017 DENT - MJ DTL 6620425 11/15/2017 07:30 16:30 11/15/2017 10:04 11/15/2017 10:52 MAIN-3 MAIN J DENTAL CLINIC**

Checked out of MAIN-3 on the way to MAIN J DENTAL CLINIC at 11/15/2017 10:04

Checked into MAIN J DENTAL CLINIC at 11/15/2017 10:04

Completed event at 11/15/2017 10:52

**November 15 2017 INTV - MJINTR 7046820 11/15/2017 08:00 12:00 11/15/2017 12:10 11/15/2017 12:30 MAIN-3 VISIT**

Checked out of MAIN-3 on the way to VISIT at 11/15/2017 12:10

Checked into VISIT at 11/15/2017 12:10

Completed event at 11/15/2017 12:30

**November 17 2017 XRAY - MJXRAY 6823698 11/17/2017 08:00 12:00 11/17/2017 07:39 11/17/2017 08:08 MAIN-3 XRAY**

Checked out of MAIN-3 on the way to XRAY at 11/17/2017 07:39

**JMS - MOVEMENT HISTORY**

FRENCH, JOHN

JMS NUMBER: 501703205

| DATE | Type | Event Id | Sched. Start | Sched. End | Occur. Start | Occur. End | From Loc | To Loc |
|---|---|---|---|---|---|---|---|---|
| August 16 2017 | HOUS - UNSCH | | UNSCHEDULED | | 08/16/2017 00:52 | 08/16/2017 00:52 | MAIN | MAIN-INTK-MFEL[redacted] |
| August 16 2017 | HOUS - UNSCH | | UNSCHEDULED | | 08/16/2017 03:07 | 08/16/2017 03:07 | MAIN-INTK-MFEL-[redacted] | MAIN-2C[redacted] |
| August 16 2017 | XMCA - R000 | 6984226 | 08/16/2017 08:00 | 08:30 | 08/16/2017 08:08 | 08/16/2017 10:37 | MAIN-2C | MAIN HOLDING |
| Checked out of MAIN-2C on the way to MAIN HOLDING at 08/16/2017 08:08<br>Checked into MAIN HOLDING at 08/16/2017 08:08<br>Completed event at 08/16/2017 10:37 | | | | | | | | |
| August 16 2017 | HOUS - SCHED | 6985082 | 08/16/2017 12:30 | 13:30 | 08/16/2017 18:01 | 08/16/2017 18:12 | MAIN-2C | MAIN-4D-[redacted] |
| Checked out of MAIN-2C on the way to MAIN-4D-[redacted] at 08/16/2017 18:01<br>Checked into MAIN-4D[redacted] at 08/16/2017 18:01<br>Completed event at 08/16/2017 18:12 | | | | | | | | |
| August 16 2017 | HOUS - SCHED | 6985444 | 08/16/2017 22:15 | 23:15 | 08/16/2017 22:26 | 08/16/2017 22:27 | MAIN-4D | MAIN-3-MED-[redacted] |
| Checked out of MAIN-4D on the way to MAIN-3-MED-[redacted] at 08/16/2017 22:26<br>Checked into MAIN-3-MED[redacted] at 08/16/2017 22:26<br>Completed event at 08/16/2017 22:27 | | | | | | | | |
| August 18 2017 | XRAY - MJXRAY | 6823659 | 08/18/2017 08:00 | 12:00 | 08/18/2017 08:20 | 08/18/2017 08:33 | MAIN-3 | XRAY |
| Checked out of MAIN-3 on the way to XRAY at 08/18/2017 08:20<br>Checked into XRAY at 08/18/2017 08:20<br>Completed event at 08/18/2017 08:33 | | | | | | | | |
| August 23 2017 | CCE - R6900 | 6989120 | 08/23/2017 08:30 | 09:00 | 08/23/2017 07:56 | 08/23/2017 07:57 | MAIN-3 | BRIDGE HOLDING |
| Checked out of MAIN-3 on the way to MAIN HOLDING at 08/23/2017 07:56<br>Checked into MAIN HOLDING at 08/23/2017 07:56<br>Checked out of MAIN HOLDING on the way to BRIDGE HOLDING at 08/23/2017 07:57<br>Checked into BRIDGE HOLDING at 08/23/2017 07:57<br>Completed event at 08/23/2017 11:32 | | | | | | | | |
| August 23 2017 | MED - MJMDHP | 6989899 | 08/23/2017 16:30 | 20:00 | 08/23/2017 18:53 | 08/23/2017 19:30 | MAIN-3 | MJ 3 FLOOR |
| Checked out of MAIN-3 on the way to MJ 3 FLOOR at 08/23/2017 18:53<br>Checked into MJ 3 FLOOR at 08/23/2017 18:53<br>Completed event at 08/23/2017 19:30 | | | | | | | | |
| August 26 2017 | HOUS - SCHED | 6992140 | 08/26/2017 18:45 | 19:45 | 08/26/2017 19:40 | 08/26/2017 19:41 | MAIN-3 | MAIN-3-MED[redacted] |
| Checked out of MAIN-3 on the way to MAIN-3-MED-[redacted] at 08/26/2017 19:40<br>Checked into MAIN-3-MED-[redacted] at 08/26/2017 19:40<br>Completed event at 08/26/2017 19:41 | | | | | | | | |
| September 15 2017 | XRAY - MJXRAY | 6823671 | 09/15/2017 08:00 | 12:00 | 09/15/2017 07:46 | 09/15/2017 07:55 | MAIN-3 | XRAY |
| Checked out of MAIN-3 on the way to XRAY at 09/15/2017 07:46<br>Checked into XRAY at 09/15/2017 07:46<br>Completed event at 09/15/2017 07:55 | | | | | | | | |
| September 22 2017 | XMCA - R000 | 7009548 | 09/22/2017 08:00 | 08:30 | 09/22/2017 08:03 | 09/22/2017 11:20 | MAIN-3 | MAIN HOLDING |
| Checked out of MAIN-3 on the way to MAIN HOLDING at 09/22/2017 08:03 | | | | | | | | |

1 2 3 4 5 6

Exhibit 6

# Broward County Sheriff's Office

## Booking Report

CIS # **501703205** BCCN # **886911**

Booking Sheet Control Date and Time **08/16/17 02:44:17**

OBTS 608246252 Print Clearance 08/16/17 01:08:55 Prints Yes

Arrest # BS 1703205 Offense Report # Agency BROWARD SHERIFF'S OFFICE

Last Name First Middle **FRENCH, JOHN ALVIN** SSN # **[redacted]

| Race | Sex | Height | Weight | Eyes | Hair | Comp. | Age Admitted | DOB | Place of Birth | State | FDLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| W | M | 510 | 230 | GRN | BAL | LGT | 44 | 8/17/1972 | BUTLER | OHIO | 0 |

Permanent Address 100 CORRETIONAL DRIVE STANLEY WI 54768 Months of Residence 0

Arrest Date 08/16/17 00:40:00 Place of Arrest STANLEY CORRECTIONAL INST Arresting Officer 6162 GORDON

Inmate Logged Date 08/16/17 00:52:49 Inmate Log Type FULL INTAKE Place Admitted MAIN

Intake Comments 29/11993 WC/15548 SP/CO/11993

Alias Last name, First, Middle, DOB

Scars,Marks,Tattoos

Release Date/Time 05/31/18 12:49:00 Release Reason XFER TO OTHER JURIS Release Authorized By bs11590

| Charge No. | Charge Initiation Date | Statute | Warrant/Capias | Level | M.C | B. Type | Bond Amount |
|---|---|---|---|---|---|---|---|
| 1 | 08/16/17 02:37 | 812.014-2c1 | 16008227CF10A | 3F | Y | NOT APPLICABLE | $0.00 |

**Charges** GRAND THEFT>$300<$5000 **Comments**

**Booking Off. ID** bs08044 **County** BROWARD **Judge** BAILEY

| Charge No. | Charge Initiation Date | Statute | Warrant/Capias | Level | M.C | B. Type | Bond Amount |
|---|---|---|---|---|---|---|---|
| 2 | 08/16/17 02:41 | 489.127-1f(1) | 16008227CF10A | 1M | Y | NOT APPLICABLE | $0.00 |

**Charges** ENGAGE CONTRACTING BUSN WO CERTIF 1ST VIOL **Comments**

**Booking Off. ID** bs08044 **County** BROWARD **Judge** BAILEY

| Charge No. | Charge Initiation Date | Statute | Warrant/Capias | Level | M.C | B. Type | Bond Amount |
|---|---|---|---|---|---|---|---|
| 3 | 08/16/17 02:42 | 440.105-4a3(1) | 17007237CF10A | 3F | Y | NOT APPLICABLE | $0.00 |

**Charges** EMPLOYER FAIL TO SECURE WORK COMP INS UNDER 20K DOLS **Comments**

**Booking Off. ID** bs08044 **County** BROWARD **Judge** BAILEY

| Charge No. | Charge Initiation Date | Statute | Warrant/Capias | Level | M.C | B. Type | Bond Amount |
|---|---|---|---|---|---|---|---|
| 4 | 08/16/17 02:43 | 489.127-1a(1) | 17007237CF10A | 1M | Y | NOT APPLICABLE | $0.00 |

**Charges** FALSELY IDENTIFY SELF AS CONTRACTOR **Comments**

**Booking Off. ID** bs08044 **County** BROWARD **Judge** BAILEY

| Charge No. | Charge Initiation Date | Statute | Warrant/Capias | Level | M.C | B. Type | Bond Amount |
|---|---|---|---|---|---|---|---|
| 5 | 09/21/17 17:46 | 489.127-1a(1) | 17010945CF10A | 1M | Y | NOT APPLICABLE | $0.00 |

**Charges** FALSELY IDENTIFY SELF AS CONTRACTOR **Comments** OFF#028427

**Booking Off. ID** bs06736 **County** **Judge**

Exhibit 5

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-184 (Rev. 2/2017)

# DISBURSEMENT REQUEST
## SOLICITUD DE DESEMBOLSO

WISCONSIN
Administrative Code
Chapter DOC 309

OFFENDER REQUEST - To be completed by the offender. Please print or type all items except your signature
SOLICITUD DE OFENSOR - Debe ser completado por el ofensor. Por favor imprima todo excepto su firma

| OFFENDER LAST NAME / APELLIDO DEL OFENSOR | OFFENDER FIRST NAME / PRIMER NOMBRE DEL OFENSOR | DOC NUMBER NUMERO | FACILITY NAME (Abbreviate) NOMBRE-INSTALACION (Abrevie) | HOUSING UNIT/FLOOR/CELL UNIDAD / PISO / CELDA |
|---|---|---|---|---|
| French | John | 651935 | JCI | NB-122L |

| PAY TO NAME / NOMBRE A QUIEN SE PAGUE | STREET ADDRESS / DIRECCION DE CALLE | CITY / CIUDAD | STATE ESTADO | ZIP / CODIGO POSTAL |
|---|---|---|---|---|
| JCI | | | | |

REQUEST FOR: SOLICTUD PARA:
- ☐ 1 – Copies / Copias
- ☐ 2 - Shipping/Freight Envío /Carga
- ☒ 3 - Postage Posta de Correo
- ☐ 4 – Photos Fotos
- ☐ 5 - State ID Photo / ID con foto del Estado
- ☐ 6 - Savings Bond Purchase / Compra Bonos de Ahorro
- ☐ 7 – Savings Deposit / Deposito Ahorros
- ☐ 8 - Savings Withdrawal / Desembolso de Ahorros
- ☐ 9 – Property Purchase (reason required)* / Compra de Propiedad (requiere razón)*
- ☐ 10 – Other (reason required)* Otro (requiere razón)*
- ☐ 11 – Route Check to: Envíe cheque a:

FUNDING SOURCE: FUENTE DE FONDOS
☐ REG - Regular Account Cuenta Regular ☐ WR - Work Release Account Cuenta de Trabajo ☐ REL - Release Account Cuenta de Liberación ☒ Loan Préstamo Legal

*REASON FOR REQUEST (Must complete if you choose 9 or 10 above)
*RAZON POR LA SOLICITUD (Debe completar si escoge casillas 9 o 10 arriba)
Pending Southern District Lawsuit (Postage)

| INDIVIDUAL ITEMS REQUESTED Artículos Individuales Solicitados | AMOUNT / CANTIDAD |
|---|---|
| ARMor Correctional Health | $ |
| 4960 SW 72nd # 400 | $ |
| Miami, FL 33155 | $ |
| | $ |

| OFFENDER SIGNATURE / FIRMA OFENSOR(A) | DATE SIGNED FECHA DE FIRMA | OFFENDER ID VERIFIED ID DE OFENSOR CONFIRMADA Staff Initials: | Total Amount Requested Suma Total Solicitada: |
|---|---|---|---|
| [signature] | 7/16/19 | [initials] | $ .50 |

DECISION - To be Completed by Department Staff Only / DECISION- Debe ser Completada por Empleados Solamente

| DISBURSEMENT APPROVED BY SIGNATURE: | DATE SIGNED | No Check: ☐ DMV Acct. ☐ Other: Deliver Check to: Release Date (if REL acct is requested): |
|---|---|---|
| [signature] Kizyl | 7/19/19 | |

| SUPERVISOR APPROVAL SIGNATURE (If required) | DATE SIGNED | CHECK# | DATE PAID |
|---|---|---|---|
| | | | |

| REQUEST DENIED BY SIGNATURE | DATE SIGNED | REASON REQUEST WAS DENIED |
|---|---|---|
| | | |

ENTERED
JUL 22 2019
JCI BUSINESS OFFICE

**DISTRIBUTION:** Original (White) – Business Office; Copy (Yellow) - Inmate

Exhibit 4

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 9/22/2017 8:30:08 AM.****

JF CRIMINAL HISTORY

# Broward County Sheriff's Office

FG 17-10945

# Booking Report

CIS # 501703205 BCCN # 886911

Booking Sheet Control Date and Time 08/16/17 02:44:17

OBTS 608246252 Print Clearance 08/16/17 01:08:55 Prints Yes

Arrest # BS 1703205 Offense Report #

Agency BROWARD SHERIFF'S OFFICE

Last Name / First / Middle: FRENCH, JOHN ALVIN

SSN # [redacted]

| Race | Sex | Height | Weight | Eyes | Hair | Comp. | Age Admitted | DOB | Place of Birth | State | FDLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| W | M | 510 | 230 | GRN | BAL | LGT | 44 | 8/17/1972 | BUTLER | OHIO | 0 |

Permanent Address 100 CORRETIONAL DRIVE STANLEY WI 54768

Months of Residence 0

Arrest Date 08/16/17 00:40:00 Place of Arrest STANLEY CORRECTIONAL INST Arresting Officer 6162 GORDON

Inmate Logged Date 08/16/17 00:52:49 Inmate Log Type FULL INTAKE Place Admitted MAIN

Intake Comments 29/11993 WC/15548 SP/CO/11993

Alias Last name, First, Middle, DOB

Warrants Officer Id: bs15548

Scars,Marks,Tattoos

Release Date/Time Release Reason Release Authorized By

| Charge No. | Charge Initiation Date | Statute | Warrant/Capias | Level | M.C | B. Type | Bond Amount |
|---|---|---|---|---|---|---|---|
| 5 | 09/21/17 17:46 | 489.127-1a(1) | | 1M | Y | NO CHARGE | $100.00 |

Charges FALSELY IDENTIFY SELF AS CONTRACTOR Comments OFF#028427

Booking Off. ID bs06736 County Judge

| Charge No. | Charge Initiation Date | Statute | Warrant/Capias | Level | M.C | B. Type | Bond Amount |
|---|---|---|---|---|---|---|---|
| 6 | 09/21/17 17:46 | 812.0145-2c | | 3F | Y | BOND | $1,000.00 |

Charges LARC 300 LESS 10K DOLS FROM 65YOA OLDER Comments OFF#028427

Booking Off. ID bs06736 County Judge

ADD CHARGE

Holder Status Code: ACTIVE Holder Status Code: OTHER STATE CORRECTIONAL FACILITY

* End of Report *

PUBLIC - NOT OFFICIAL COPY - PUBLIC - NOT OFFICIAL COPY - PUBLIC - NOT OFFICIAL COPY



Case #: 543790

Inmate: FRENCH, JOHN
Recipient: Admin Grievance, Admin Grievance
Cellblock:
Case Cellblock: MAIN-3-MED-11-1

ID: 501703205
Created: 12/13/2017 12:33 PM

Type: Grievance
Category: Medical / Dental
Sub-Catgory: Inadequate Treatment
Status: Closed, Unfounded, Appeal

| From | To | Message | | Entered |
|---|---|---|---|---|
| FRENCH, JOHN | Admin Grievance, Admin Grievance | i have been complaining to medical and the medical dr for over a week about severe lower abdominal pain i have had cancer in the past and divertickalyticlitis i have told this dr this i have seen three different drs and one did and xray and the other prescribed pain medicine for pain and said i needed to see a specialist gi dr but the dr i seen on last monday said no to the gi dr so the regular 5 day dr told me today the 13th of dec, 2017 that we will get to the bottomof this sooner or latter but we needto pull your pendix out so if that was a statement then why am i not being treated or taken to the hospital all he gives me is metamusle and regular tylenol that dont help at all i was up all night in a fetal position in severe pain when i was on tramadol that helped with the pain i need help im in severe pain | | 12/13/2017 12:33:00 PM |
| ARONOFSKY, RICHARD | FRENCH, JOHN | Per Armor Medical,"You are currently housed in the Infirmary for your complaints. A GI consult has been generated. Lab work has been ordered. You are prescribed medication for your condition, and have been compliant with the medications. You will be evaluated by the provider momentarily. The grievance is unfounded. J. Nash, HSA." | | 12/19/2017 4:17:00 PM |
| FRENCH, JOHN | ARONOFSKY, RICHARD | i was brought down to medical on sunday evening after i did a sick call and what medication am i taking and i was supposed to see the dr today dec 20, 2017 and never did but i think he still cleared me to go back to gp i gave the nurses a stool sample with blood in it just like the dr ordered and still he cleared me to go to gp with severe abdominal pain i just dont understand i have done everything the dr has asked but still i go to gp with no relief and still in pain with blood in urin, and in stool, and in throw up | Appeal | 12/20/2017 12:38:00 PM |
| ARONOFSKY, RICHARD | FRENCH, JOHN | Per Armor Medical,"You were seen by the physician in the infirmary and relocated to general population on December 23. You are scheduled to be seen by the specialist for your concerns. " | Appeal | 12/27/2017 1:21:00 PM |

Broward County
Print Message Report
From 8/16/2017 To 5/31/2018

Case #: 918160
Inmate: FRENCH, JOHN
Recipient: Admin Grievance, Admin Grievance
Cellblock:
Case Cellblock: MAIN-3-MED-11-1

ID: 501703205
Created: 10/14/2017 11:54 AM

Type: Grievance
Category: Medical / Dental
Sub-Catgory: Inadequate Treatment
Status: Closed, Unfounded, Appeal

| From | To | Message | | Entered |
|---|---|---|---|---|
| FRENCH, JOHN | Admin Grievance, Admin Grievance | [redacted] | | 10/14/2017 11:54:00 AM |
| ARONOFSKY, RICHARD | FRENCH, JOHN | If you need immediate assistance, please speak with the Housing Deputy or the on duty nurse. | | 10/16/2017 11:10:00 AM |
| FRENCH, JOHN | ARONOFSKY, RICHARD | i have told housing deputies and nurses and the drs the dr has told me there is nothing else he can do, i am in extreme pain my left jaw pops and it hurts real bad and i cannot get any pain medicine then my left wrist still hurts the same as theday it was broke. and my chest pain still is the same with no relief with nitro but they cant send me to the hospital to get the help | Appeal | 10/17/2017 1:16:00 PM |
| ARONOFSKY, RICHARD | FRENCH, JOHN | Per Armor Medical,"You were evaluated most recently by the Orthopedic Specialist on 10/10/17. On this date you were cleared due your fracture being fully healed. Hard cast is not clinically warranted at this time. You have normal facial range of motion. You were evaluated by the provider most recently on 10/24/17. A consult has been generated for a Echocardiogram. The grievance is unfounded. J. Nash, HSA. " | Appeal | 10/26/2017 2:25:00 PM |

March 24, 2020

John French #651935
Columbia Correctional Inst
Po Box 900
Portage, WI 53901-0900

United States District Court
Office of the Clerk
299 E. Broward Blvd Rm 108
Ft. Lauderdale, Fl 33301

RE: CASE NO: 19-62506-CV-Smith

To: Office of the Clerk.

I Submitted a Motion to Dismiss last year for the Above-case, Magristrate Judge dismissed the Complaint without prejudice, So I Am Submitting another Complaint with the same Defendant's, So I was Wondering if I can get the same case No. Thank You

Sincerely

John French
#651935

LEGAL 651935

John French #651935
Columbia Correctional Inst
PO Box 900
Portage, WI 53901

United States District Court
Southern District of Florida
Clerk of the Court
299 East Broward Blvd Rm 108
Fort Lauderdale, Florida 33301